JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHRIS M. SPINDLER,<br><br>               Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA,<br><br>              Defendant. | ) Case No.: CV 19-1927-DMG (JCx)<br>)<br>) **ORDER DISMISSING ACTION [12]**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

    Pursuant to the stipulation between plaintiff Chris M. Spindler and defendant United States of America, and good cause appearing therefor, IT IS HEREBY ORDERED that this action is dismissed with prejudice pursuant to pursuant to Fed. R. Civ. P. 41.

    Each party shall bear its own costs and attorney fees.

DATED: August 9, 2019        _____

                                 DOLLY M. GEE
                                 UNITED STATES DISTRICT JUDGE

1

2 Presented By:

3 NICOLA T. HANNA
United States Attorney
4 BRANDON D. FOX
Assistant United States Attorney
5 Chief, Criminal Division
STEVEN R. WELK
6 Assistant United States Attorney
Chief, Asset Forfeiture Section

7

8    /s/ Steven R. Welk            _
STEVEN R. WELK
9 KATHARINE SCHONBACHLER
Assistant United States Attorney
10
Attorneys for Defendant
11 UNITED STATES OF AMERICA

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28